**<u>EXHIBIT 1</u>:** SCREENGRAB OF VIDEO

