**EXHIBIT 2:** INFRINGEMENT #1
URL:
https://www.facebook.com/empowerroofing/posts/pfbid02dyji64E1uYLyFnrLqS6M6763oFEUWHzsHfZnVfkL7GXMZxRwke713uQpmkLJAUgSl



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.instagram.com/tv/CbalGlrlTCw/

