IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

VIRAL DRM, LLC,

      *Plaintiff*,

v.

EMPOWER ROOFING & CONSTRUCTION LLC

      *Defendant*.

Case No: 1:24-cv-00762-ADA

## DEFAULT JUDGMENT

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and the declarations of plaintiff's counsel Craig B. Sanders and exhibits attached thereto, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Empower Roofing & Construction LLC ("Defendant");

2. Defendant is to pay $12,500.00 in statutory damages under 17 U.S.C. § 504(c) for willful copyright infringement;

3. Defendant is to pay $980.00 in attorneys' fees and $445.00 in costs under 17 U.S.C. § 505.

4. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. the Court retains jurisdiction over any matter pertaining to this judgment;

6. this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

Austin, TX

Dated: March 5, 2025                                     **SO ORDERED:**

_____
Hon. Alan D. Albright
U.S. District Court Judge